IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TSTONE IP, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZOOM COMMUNICATIONS, INC.,<br><br>　　　　Defendant. | Case No. 1:26-cv-00188-JLH |

**DEFENDANT ZOOM COMMUNICATIONS, INC.'S
PARTIAL MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Zoom Communications, Inc. respectfully moves to dismiss, with prejudice, Count I of Plaintiff Tstone IP, LLC's Complaint (D.I. 1), alleging infringement of U.S. Patent No. 8,909,826, for failure to sufficiently plead facts to support Plaintiff's claim.  The grounds for this motion are set forth in Defendant's Opening Brief, filed herewith.

OF COUNSEL:                                    RICHARDS, LAYTON & FINGER, P.A.


Josh Krevitt
Benjamin Hershkowitz                           /s/ Jason J. Rawnsley
Kate Dominguez                                 Frederick L. Cottrell, III (#2555)
Allen Kathir                                   Jason J. Rawnsley (#5379)
Gillian F. Moore                               Katharine L. Mowery (#5629)
Vincent Zhang                                  RICHARDS, LAYTON & FINGER, P.A.
GIBSON, DUNN & CRUTCHER LLP                     One Rodney Square, 920 North King Street
200 Park Avenue                                Wilmington, DE 19801
New York, NY 10166                             (302) 651-7700
(212) 351-4000                                 cottrell@rlf.com
                                               rawnsley@rlf.com
Brian M. Buroker                               mowery@rlf.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.                            *Attorneys for Defendant Zoom
Washington, D.C. 20036-4504                    Communications, Inc.*
(202) 955-8500


April 27, 2026