IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TSTONE IP, LLC,

        Plaintiff,

    v.

ZOOM COMMUNICATIONS, INC.,

        Defendant.

Case No. 1:26-cv-00188-JLH

**[PROPOSED] ORDER**

At Wilmington this ___ day of _____, 2026, having considered Defendant Zoom Communications, Inc.'s Partial Motion to Dismiss, the parties' submissions, and the applicable law:

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.  Count I of Plaintiff's Complaint, regarding infringement of U.S. Patent No. 8,909,826, is dismissed with prejudice.

_____
United States District Judge